## Frederick C. Hale et al. v. The People's Gas Light and Coke Co.

1. FORMER DECISIONS—*Followed.*—The decision in the case of Hale v. The People's Gas Light and Coke Co. (*ante,* p. 364), determines this case.

**Bill for an Injunction.**—Appeal from the Circuit Court of Cook County; the Hon. EDWARD F. DUNNE, Judge presiding. Heard in this court at the October term, 1901. Reversed and remanded. Opinion filed June 5, 1902.

ALTGELD, DARROW & THOMPSON, attorneys for appellants.

MEAGHER & WHITNEY, attorneys for appellee; JAMES F. MEAGHER and JOHN P. WILSON, of counsel.

MR. JUSTICE BALL delivered the opinion of the court.

The record in this case is the same as is the record in No. 10199. The decision rendered in the latter case by Justice Adams determines this case.

The decree of the lower court is reversed and the cause will be remanded, the appellants to pay their own costs.